UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

EDDIE PARKS, JR., )  CASE NO. 1:07 CV 3388
　　　　　　　　　　 )
　　　Petitioner, 　)  JUDGE CHRISTOPHER A. BOYKO
　　　　　　　　　　 )
　v. 　　　　　　　 )
　　　　　　　　　　 )  ORDER
STUART HUDSON, 　　 )
　　　　　　　　　　 )
　　　Respondent. 　)

Eddie Parks, Jr. filed this habeas corpus action on October 31, 2007, along with a Request to Hold Federal Habeas Petition in Abeyance. That Motion is granted. Petitioner shall file a Notice within 60 days of this order - and every 60 days thereafter - advising the court of the status of his pending state court post-conviction proceedings and related appeals.

IT IS SO ORDERED.

_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

FILED
JAN 1 4 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND